ACCEPTED
14-14-00987-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 3:43:07 PM
CHRISTOPHER PRINE
CLERK



County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Receipt**

## CHRIS DANIEL DISTRICT CLERK

Case: 201373342-7          Trans ID: 208030549          Court 269

Action ----- PAYMENT ON ACCOUNT -----

Style     PLT  RANSOM, JEANNE
          DEF  EATON, JEANINE (D D S)

| Fee | Description | Amount |
|-----|-------------|--------|
| 119 | TRANSCRIPT  | $201.00 |

Comment: paid original clerks record

Payment  Check
Amount Tendered

Payment Amount:
Amount Applied:
Change Amount:

Received     MCKAMIE, REGINALD E.          13686750
Of           1210 ANTOINE DR, SUITE 100
             HOUSTON, TX  77055

TWO HUNDRED ONE  AND 00/100 **************************Dollars

Payment Date: 1/28/2015          File Date:

$201.00
$201.00
$201.00
$201.00
$0.00

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 3:43:07 PM
CHRISTOPHER A. PRINE
Clerk

Assessed By: WASHINGTON, PHYLLIS
Validated: 1/29/2015          By :WOJCIK, MICHELLE A

**CUSTOMER COPY**